UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No: 1:23-CR-156

IRFAN GILL,                         Hon. Jane M. Beckering
                                           United States District Judge

        Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States, through its attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Adam B. Townshend and Stephen P. Baker, Assistant U.S. Attorneys, respectfully files its list of expected witnesses:

1. Zachary Parker, DISH Network

2. B.G., Victim

3. P.L., Victim

4. Adam Hermes, Fraud Investigations Manager, Comerica Bank

5. Donna Harlow, Fraud Investigations Manager, Old National Bank

6. Chelsea (Buyce) Coleman, Assistant Vice President and Bank Security Act Officer, Horizon Bank

7. Michelle White, Former Bank Security Act Specialist, Horizon Bank

8. Deb Brazie, Senior Special Investigator, Loss Prevention, Elavon

9. Melissa McAlister, U.S. Postal Inspector

10. Jason Koscinski, Owner, JRK Financial

11. Vivian McMahon, Accountant, Vivian McMahon Accounting

12. Ryan Cook, Accountant, Houser Cook PLLC

The government reserves the right to add or remove witnesses on its list before trial, as circumstances dictate.

Dated:  June 28, 2024

Respectfully submitted,
MARK A. TOTTEN
United States Attorney

/s/ *Adam Townshend*
ADAM TOWNSHEND
STEPHEN BAKER
Assistant U.S. Attorneys
P.O. Box 208
Grand Rapids, MI 49501
Tel: (616) 456-2404