# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

**USA v.** Irfan Gill  **DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-156 | 7/8/2024 | 8:27A-8:33; 9:21-11:18A; 11:34 AM - 12:41 PM; 1:50 PM-4:02 PM; 4:13 PM-5:05 PM | Grand Rapids | |

## APPEARANCES

Government: Adam Barrett Townshend, Stephen P. Baker

Defendant: Scott Graham

Counsel Designation: Retained

## TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendere
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Trial
- __ Other: _____

## DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

## CHANGE OF PLEA
Charging Document:
  __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

## SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: __ Yes   __ No
Defendant informed of right to appeal: __ Yes   __ No
Counsel informed of obligation to file appeal: __ Yes   __ No

Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Day 1 of jury trial; Jury selection completed; Government began to present its case.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

**CASE TO BE:**  **TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin   **Case Manager:** R. Wolters

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| × |   | Rebecca Gwaltney |
| × |   | Patricia Little |
| × |   | Amy Brummel |
| × |   | Zachary Parker |
| × |   | Adam Hermes |
|   |   |   |
|   |   |   |
|   |   |   |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| × |   |   | 1-164 | Yes |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**ADDITIONAL INFORMATION:**