# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

**USA v.** Irfan Gill

**DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-156 | 7/10/2024 | 8:46A - 8:49A; 8:58A - 9:47A; 10:02A - 11:28A; 12:06P - 1:30P; 1:45P - 4:00P | Grand Rapids | |

## APPEARANCES

**Government:** Adam Barrett Townshend, Stephen P. Baker

**Defendant:** Scott Graham

**Counsel Designation:** Retained

## TYPE OF HEARING

- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendere
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __ )
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [ ] Sentencing
- [x] Trial
- [ ] Other: _____

## DOCUMENTS

- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: _____

## CHANGE OF PLEA

Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

## SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted:  __Yes  __No
Defendant informed of right to appeal:  __Yes  __No
Counsel informed of obligation to file appeal:  __Yes  __No

Conviction Information:
Date: _____
By: _____
As to Count (s): _____

**ADDITIONAL INFORMATION:**
Day 3 of jury trial; Government continued to present its case; Government rested; Rule 29 motion denied; Defendant presented his case.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin

**Case Manager:** R. Wolters

USA v.    Irfan Gill
Case No.:    1:23-cr-156
Date:    7/10/2024

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| × |   | Melissa McAlister (continued from 7/9/2024) |
| × |   | Ryan Cook |
|   | × | Irfan Gill |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| × |   | 165 |   | Yes |
| × |   | 166 |   | Yes |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**ADDITIONAL INFORMATION:**