# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Irfan Gill

**DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-156 | 7/11/2024 | 8:28 AM - 9:43 AM; 10:01 AM - 12:07 PM; 2:04 PM - 2:27 PM | Grand Rapids | |

## APPEARANCES

Government:

Adam Barrett Townshend, Stephen P. Baker

Defendant:

Scott Graham

Counsel Designation:

Retained

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>__ mute __ nolo contendre<br>__ not guilty __ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>✓ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other:<br>_____ | Charging Document:<br>__Read __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br><br>Count(s) to be dismissed at sentencing:<br>_____<br><br>✓ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

## SENTENCING

Imprisonment: _____

Probation: _____

Supervised Release: _____

Fine: $ _____

Restitution: $ _____

Special Assessment: $ _____

Plea Agreement Accepted: __Yes __No

Defendant informed of right to appeal: __Yes __No

Counsel informed of obligation to file appeal: __Yes __No

Conviction Information:

Date: _____

By: _____

As to Count (s): _____

**ADDITIONAL INFORMATION:**

Day 4 of jury trial; Defendant continued to present his case and rested; renewed Rule 29 motion denied; Charging conference held; Jury instructions and closing arguments completed; Jury returned a verdict.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin

**Case Manager:** R. Wolters

USA v.    Irfan Gill
Case No.:    1:23-cr-156
Date:    7/11/2024

**WITNESSES:**

| Govt | Deft | Name of Witness |
|------|------|-----------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|------|------|------|-------------|----------|
|  | ✕ |  | A, B | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**