AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MICHIGAN__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br>V.<br>IRFAN GILL<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:23-CR-00156-JMB |

Notice is hereby given that, subject to approval by the court, __IRFAN GILL__ substitutes
(Party (s) Name)

__MICHAEL R. BARTISH__, State Bar No. __P65097__ as counsel of record in
(Name of New Attorney)

place of __SCOTT GRAHAM__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: SBBL Law, PLLC
- Address: 60 Monroe Center St. N.W., Suite 500, Grand Rapids, MI 49503
- Telephone: (616) 458-5500    Facsimile: (616) 458-6007
- E-Mail (Optional): mike@sbbllaw.com, chasity@sbbllaw.com

I consent to the above substitution.
Date: 8/2/2024

_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date: 8/2/2024

_Scott Graham_ _M. Bar w/permission_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/2/2024

_M. Bar_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**Dropbox Sign**                                                                                   Audit trail

| | |
|---|---|
| Title | Hello |
| File name | 1722611974-Gill_-_US_SOA_doc.pdf |
| Document ID | 0d6de0338ec00ef239d356b494a63cc3ae8d0b6e |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested on springsteadbartish.cliogrow.com and signed on springsteadbartish.cliogrow.com**

## Document History

**SENT**  
**08 / 02 / 2024**  
15:19:56 UTC  
Sent for signature to Irfan Gill (paragonleather@yahoo.com)  
from chasity@springsteadbartish.com  
IP: 52.144.33.249

**VIEWED**  
**08 / 02 / 2024**  
15:27:06 UTC  
Viewed by Irfan Gill (paragonleather@yahoo.com)  
IP: 52.144.33.249

**SIGNED**  
**08 / 02 / 2024**  
15:31:36 UTC  
Signed by Irfan Gill (paragonleather@yahoo.com)  
IP: 108.147.197.9

**COMPLETED**  
**08 / 02 / 2024**  
15:31:36 UTC  
The document has been completed.

Powered by **Dropbox Sign**