# Exhibit B

Hon. Jane M. Beckering
Western District of Michigan
399 Federal Building
110 Michigan NW
Grand Rapids, Michigan 49503

October 25, 2024

**RE: Judgement & sentencing for Irfan Gill**

To the Honorable Judge,

My name is Ruhama Masih (Ruhama Gill), and I am Irfan Gill's niece. The purpose of this letter to support my uncle Irfan Gill in facing his judgement and sentencing. I understand that he has charges against him but would respectively like to go over a fuller picture of who he is as a person.

I work as an assistant teacher for Valley View School district in Romeoville IL. I have worked with students for over 14 years. I have known my uncle Irfan for 50 years as a loving, caring and supportive family member to his immediate and extended family. He has provided for his wife and children. His efforts as a hardworking husband and father have produced a pastor (Amiq Gill), and servants of God (Maheen Gill, Ezer Gill). I have witnessed him as a great role model as a husband, father, uncle and community member. Over the years I have enjoyed many good times with my uncle and family. He is fiercely loyal to his friends and family. He always tried to build strong, long-lasting relationships. As an example, he introduced me to my wonderful husband and guided us throughout the years. Uncle Irfan always played a major role in family and community by providing jobs, advice and services. For instance, he used his music and singing skills to honor God through worship in Indian/Pakistani Christian churches in Chicago whenever he got a chance. His contributions as a financial donor and a servant of Lord in his local church in Michigan and Pakistani Christian churches in Chicagoland are very impactful. Uncle Irfan Gill helped low-income families in our community by giving them jobs. He travelled for three hours from Kalamazoo to Chicago to support Cristian community churches in every way he could for several years.

In conclusion, I would like to ask for these things to be considered. He has been a faithful servant of the Lord for his whole life. He has offered himself to his church and family whenever possible in accordance with his

beliefs. He has often helped in the community to make his city and church a better place to be. His wife and family need him in their lives. Please find mercy for him.

Thank you for your time,

Sincerely,
Ruhama Masih
Ruhama.masih@gmail.com
(773)793-4770

Myra Smith
1000 Wingate Dr.
Apt 204
Pittsburgh, PA 15205
myra0287@yahoo.com
(215) 431-0886
October 26, 2024

Western District of Michigan
399 Federal Building
110 Michigan NW
Grand Rapids, Michigan 49503

RE: Judgment and Sentencing for Irfan Gill

To the Honorable Judge,

I am writing on behalf of my uncle, Irfan Gill, who I have known for 37 years now. I am currently a registered pharmacist with a doctorate in pharmacy employed by Accredo Specialty Pharmacy. I specialize in providing patient care to those diagnosed with Pulmonary Arterial Hypertension, a condition for which there is no cure. I am writing to you today to provide insight on my uncle's character prior to his sentencing.

When my family first came to America, we stayed with my uncle and his family. During what was a drastic change in my life, instead of being afraid of everything being new and different, all I remember is being happy and carefree. Looking back, I feel that is mostly due to being able to be surrounded by family. His sacrifice allowed me and my family to assimilate into society. Another instance of his selflessness is when I didn't have enough money for tuition during undergrad. He gave me the amount he could afford at the time and refused to let my family pay him back. The most recent example of his generosity is when I had just moved to Pittsburgh, PA and was in an accident. I was hit from behind which caused me to hit the car in front of me. This totaled my car and I was only given a rental for seven days. Since I wasn't able to buy a new car in such a short time, he let me borrow his car for four months without charging me a penny. But not only did he let me borrow his car, he bought and put together my computer table and chair to help me furnish my new apartment. These examples show the love he has for his family and the lengths he is willing to go to lend a helping hand.

I was genuinely shocked when I heard the news of his conviction and am having a hard time believing he would act in a malicious manner. I know him to always put God first, followed by family then his community. Since this is his one and only offense, I ask you to consider probation. This will allow him to spend his golden years with his wife, children, and grandchildren while continuing to contribute to his church and community.

Thank you for your time and consideration.

Sincerely,

*Myra Smith*
Myra Smith

Hon. Jane M. Beckering
Western District of Michigan
399 Federal Building
110 Michigan NW
Grand Rapids, Michigan 49503

October 22, 2024

**RE: Judgement & Sentencing for Irfan Gill**

To the Honorable Judge,

I am writing to you as the niece of Irfan Gill, who I have known my entire lifetime of 38 years. I am currently an attorney of 10+ years residing in Sacramento, California. I am employed by the County of Sacramento. I am writing in support of my Uncle's upcoming judgment & sentencing.

My Uncle Irfan was always a devoted father to his three children and a dedicated husband to his wife. He cares deeply about them and his 5 young grandchildren. As he reaches his senior years, we respectfully request that Uncle Irfan be allowed to spend the maximum amount of time with his beloved family out of custody.

Uncle Irfan has lived in the same community in Michigan for decades. He is actively involved in community service through his home church, Valley Family Church, where his oldest child Amiq is a pastor. For decades, he has contributed time and energy to volunteering in Valley Family Church community events. In the last few years as his children have gotten older, Uncle Irfan and his wife have become even more civically involved in their hometown, participating in numerous committees and staying engaged politically in their community. At heart, Uncle Irfan is a family man who was soon planning to retire and spend more time with his children and grandchildren.

I believe that Uncle Irfan's lack of a criminal record and his large number of contributions in the community make him deserving of your consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification. Thank you for your time and consideration.

Sincerely,
Kishwer Vikaas, Esq.
kishwer.vikaas@gmail.com
(267) 901-6511

Dear Honorable Judge,

I am writing this letter to offer my support and provide a character reference for Mr. Irfan Gill, whom I have had the privilege of knowing for the past eight years. Over the course of our relationship, I have found him to be a person of integrity, generosity, and strong moral principles.

Mr. Gill is a devoted member of our community and plays a significant role in his church, Valley Family Church. His faith is central to his life, and he consistently demonstrates the values of compassion, service, and kindness that his Christian faith encourages. He is always willing to lend a hand to those in need, whether within the church community or in the broader community. His selflessness is one of his most defining traits.

In addition to his involvement with the church, Mr. Gill is also a respected businessman. He owns several businesses, including Paragon Promotions, Paragon Used Cars, and Paragon Leather. His businesses reflect his dedication to quality and integrity, and I have witnessed firsthand the care and commitment he shows both to his customers and employees. He takes pride in his work and always strives to provide fair and honest service. Through these businesses, he has contributed to the local economy and created opportunities for others.

I have never known Mr. Gill to engage in any behavior that would be considered dishonest or harmful. On the contrary, he has consistently demonstrated a genuine concern for the well-being of others and a commitment to doing what is right. His good heart and generous nature have earned him the respect and admiration of many in our community, including myself.

While I do not know the details of the current allegations against him, I can say with confidence that they are entirely inconsistent with the Irfan Gill I know. He is a man of strong character, deeply committed to his faith, his family, and his community. I trust that his character and integrity will shine through as this process unfolds.

Thank you for taking the time to consider this letter. Please feel free to contact me if you require any further information.

Sincerely,
William Brown

*William Brown*
10-8-2024