## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Irfan Gill                                             **DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-156 | 11/14/2024 | 9:31 AM - 11:10 AM | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Adam Barrett Townshend, Stephen P. Baker | Michael Robert Bartish | Retained |

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
  __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 96 Months, concurrent
Probation: 
Supervised Release: 3 Years, concurrent
Fine: $ Waived
Restitution: $561,890.27
Special Assessment: $ 1,800.00

Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal:  ✓ Yes  __ No
Counsel informed of obligation to file appeal:  ✓ Yes  __ No
Conviction Information:
  Date: 7/11/2024
  By: Jury Trial
  As to Count (s): 1-18

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

**CASE TO BE:**                                         **TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin          **Case Manager:** R. Wolters